UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>Brandon Ray Suprenant (1),<br><br>                             Defendant. | Case No. 23-cr-0109-GPC-1<br><br>JUDGMENT OF DISMISSAL<br><br>**FILED**<br>MAR 07 2025<br>CLERK U.S. DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>BY _____ DEPUTY |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☐ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☒ the Court has granted the motion of the Government for dismissal, with prejudice.

☐ the Court has granted the motion of the defendant for a judgment of acquittal; or

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☐ the jury has returned its verdict, finding the defendant not guilty;

☒ of the offense(s) as charged in the Indictment:

Count 1 - 21:841(a)(1),846; 21:853 - Conspiracy to Distribute Controlled Substances; Criminal Forfeiture

Count 2 - 21:841(a)(1); 21:853 - Distribution of Controlled Substances; Criminal Forfeiture

Count 3 - 21:841(a)(1); 18:2; 21:853 - Distribution of Controlled Substances; Aiding and Abetting; Criminal Forfeiture

Count 4 - 21:841(a)(1); 18:2; 21:853 - Possession of Controlled Substances with Intent to Distribute; Aiding and Abetting; Criminal Forfeiture

Dated: 3/7/2025

                                              Hon. Gonzalo P. Curiel
                                              United States District Judge